**ESTATE OF Merrill W. CHRISMAN, Plaintiff,**

v.

**Larry A. CHURCH, Successor/Personal Representative, Respondent,**

**Jack Hannebaum, Residuary Distributee, Respondent,**

**and**

**William J. Wegge, Jr., Guardian Ad Litem, Appellant.**

**No. 51905.**

Missouri Court of Appeals,
Eastern District,
Division Six.

Feb. 3, 1987.

William J. Wegge, Jr., DeSoto, for appellant.

John W. Howald, Hillsboro, for respondent.

### ORDER

PER CURIAM:

Appeal from a judgment of the Circuit Court of Jefferson County, Missouri, denying the creation of a $10,000.00 trust for decedent's step-granddaughter, who was born six years after decedent's death.

Judgment affirmed. Rule 84.16(b).